UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN OUSDALE,<br>                Plaintiff(s),<br>v.<br>TARGET CORPORATION,<br>                Defendant(s). | Case No. 2:17-cv-02749-APG-NJK<br><br>ORDER |

On March 7, 2018, Plaintiff filed subpoenas for depositions. Docket Nos. 13, 14. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket Nos. 13 and 14, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 7, 2018

                                                                _____
                                                                NANCY J. KOPPE
                                                                United States Magistrate Judge