Douglas M. Rowan
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
douglas.rowan@wilsonelser.com
*Attorneys for defendant Target Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN OUSDALE,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a foreign corporation DOES I through X; and ROE ENTITIES I through X,<br><br>    Defendants. | CASE NO.: 2:17-cv-02749-APG-NJK<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL INTERROGATORY AND REQUEST FOR PRODUCTION RESPONSES** |

   The above named parties, by and through their respective counsel of record, hereby submit the following Stipulation and Order to Withdraw Plaintiff's Motion to Compel Interrogatory and Request for Production Responses based upon the following.

   On May 16, 2018, Plaintiff filed his Motion to Compel Interrogatory and Request for Production Responses. On May 18, 2018, Defendant served its responses to Plaintiff's Interrogatories and Requests for Production. Accordingly, the relief sought in Plaintiff's Motion to

/ / /

/ / /

/ / /

/ / /

Compel is moot, and the parties agree to the withdrawal of the motion. Plaintiff reserves the right to address the sufficiency of the responses in a separate motion, if necessary.

DATED this 25th day of May, 2018

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/Douglas M. Rowan*
Douglas M. Rowan
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorney for defendant Target Corporation*

DATED this 25th day of May, 2018

**TANNER LAW FIRM**

BY:*/s/David A. Tanner*
David A. Tanner.
Nevada Bar No. 008282
1320 E. Pebble Rd., Suite 115
Las Vegas, Nevada 89123
*Attorney for plaintiff Ryan Ousdale*

IT IS SO ORDERED.

Dated this 25th day of May, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**