1   Douglas M. Rowan
    Nevada Bar No. 4736
2   **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
    300 South Fourth Street, 11th Floor
3   Las Vegas, Nevada 89101
    (702) 727-1400; FAX (702) 727-1401
4   douglas.rowan@wilsonelser.com
    *Attorneys for defendant Target Corporation*
5
6                        **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8   RYAN OUSDALE,                          CASE NO.: 2:17-cv-02749-APG-NJK

9                   Plaintiff,
                                           **STIPULATION AND ORDER TO**
10  vs.                                    **EXTEND DEADLINE FOR DEFENDANT**
                                           **TO FILE RESPONSE TO PLAINTIFF'S**
11  TARGET CORPORATION, a foreign corporation  **MOTION FOR PARTIAL SUMMARY**
    DOES I through X; and ROE ENTITIES I through **JUDGMENT BASED UPON DEEMED**
    X,                                     **ADMISSIONS (First Request)**
12
                    Defendants.
13

14          The above named parties, by and through their respective counsel of record, hereby submit

15  the following Stipulation and Order requesting that the deadline for Defendant to file its response to

16  Plaintiff's Motion for Partial Summary Judgment Based Upon Deemed Admissions [ECF No. 27]

17  currently scheduled for June 6, 2018, be extended to July 6, 2018.

18  . . .

19  . . .

20  . . .

21

22

23

24

25

26

27

28

The reason for the request for the extension of the deadline is that Defendant is in the process of substituting counsel. The extension is necessary to allow new counsel to become familiar with this matter and prepare the response to the motion. Therefore, the parties are requesting an extension of the deadline for Defendant to file its response to the motion from June 6, 2018.

The above named parties, by and through their respective counsel of record, hereby submit the

DATED this 6th day of June, 2018                    DATED this 6th day of June, 2018

**WILSON, ELSER, MOSKOWITZ,**                    **TANNER LAW FIRM**
**EDELMAN & DICKER LLP**

BY: */s/Douglas M. Rowan*                           BY:*/s/David A. Tanner*
      Douglas M. Rowan, Esq.                               David A. Tanner, Esq.
      Nevada Bar No. 004736                               Nevada Bar No. 008282
      300 South Fourth Street, 11th Floor              1320 E. Pebble Rd., Suite 115
      Las Vegas, Nevada  89101                           Las Vegas, Nevada  89123
      *Attorney for defendant Target Corporation*      *Attorney for plaintiff Ryan Ousdale*




          IT IS SO ORDERED.

           Dated: June 7, 2018.



          _____
          **UNITED STATES DISTRICT COURT JUDGE**

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN**
 **& DICKER LLP**

BY: */s/Douglas M. Rowan*
      Douglas M. Rowan, Esq.,
      Nevada Bar No. 004736
      300 South Fourth Street, 11th Floor
      Las Vegas, Nevada  89101
      *Attorneys for Defendant Target Corporation*