DAVID A. TANNER, Esq.
Nevada Bar No. 8282
**TANNER LAW FIRM**
1320 East Pebble Road, Suite 115
Las Vegas, NV 89123
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com

*Attorney for Plaintiff*

UNITED STATED DISTRICT COURT
DISTRICT OF NEVADA

RYAN OUSDALE,

   Plaintiff,

vs.

TARGET CORPORATION, a foreign corporation; DOES I through X; and ROE ENTITIES I through X,

   Defendants.

CASE NO. 2:17-cv-02749-APG-NJK

**STIPULATION AND ORDER TO STAY BRIEFING AND A DECISION ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT BASED UPON DEEMED ADMISSIONS**

...

...

...

...

...

...

...

1

COMES NOW, Plaintiff, RYAN OUSDALE, by and through his attorney of record, DAVID A. TANNER, ESQ., of the TANNER LAW FIRM, and TARGET CORPORATION, by and through its attorney of record, ALAN W. WESTBROOK, ESQ. of PERRY WESTBROOK and hereby stipulate and agree as follows:

WHEREAS Plaintiff filed a Motion for Partial Summary Judgment Based upon Deemed Admissions (Document No. 27) and Defendant filed and Opposition to the same (Document No. 41);

WHEREAS Defendant also filed Defendant Target Corporation's Motion to Withdraw or Otherwise Amend Requests for Admission Pursuant to F.R.C.P. 36(b) (Document No. 40)

WHEREAS the parties recognize that a decision on Defendant Target Corporation's Motion to Withdraw or Otherwise Amend Requests for Admission Pursuant to F.R.C.P. 36(b) (Document No. 40) will have a significant effect on the Motion for Partial Summary Judgment Based upon Deemed Admissions (Document No. 27), therefore;

IT IS HEREBY STIPULATED that the parties will await a decision on the Defendant Target Corporation's Motion to Withdraw or Otherwise Amend Requests for Admission Pursuant to F.R.C.P. 36(b) (Document No. 40) before providing any further briefing on the Motion for Partial Summary Judgment Based upon Deemed Admissions (Document No. 27);

IT IS FURTHER STIPULATED that after a decision is reach by the Court on the Defendant Target Corporation's Motion to Withdraw or Otherwise Amend Requests for Admission Pursuant to F.R.C.P. 36(b) (Document No. 40) that that parties will meet and confer on a further briefing schedule for the Motion for Partial Summary Judgment Based upon Deemed Admissions (Document No. 27) and will submit that schedule to this Court for approval;

...
...
...
...
...

IT IS FURTHER STIPULATED that the parties agree to have this Court not make any decision on the Motion for Partial Summary Judgment Based upon Deemed Admissions (Document No. 27) until after a further briefing schedule is agreed to and submitted to this Court.

DATED this __19__ day of July 2018.        DATED this __19__ day of July 2018.

**TANNER LAW FIRM**                         **PERRY & WESTBROOK**

_____            _/s/ Alan W. Westbrook_____
DAVID A. TANNER, ESQ.                       ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 8282                         Nevada Bar No. 6167
1320 East Pebble Road, Suite 115            1701 W. Charleston Blvd., Suite 200
Las Vegas, NV 89123                         Las Vegas, NV 89101
Telephone (702) 987-8888                    Telephone (702) 870-2400
Facsimile (702) 410-8070                    Facsimile (702) 870-8220
*Attorney for Plaintiffs*                   *Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

Dated: July 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

3