DAVID A. TANNER, Esq.
Nevada Bar No. 8282
**TANNER LAW FIRM**
1320 East Pebble Road, Suite 115
Las Vegas, NV 89123
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN OUSDALE, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION, a foreign corporation; DOES I through X; and ROE ENTITIES I through X, <br><br> Defendants. | CASE NO. 2:17-cv-02749-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The above named parties, by and through their respective counsel of record, hereby submit the following Stipulation and Order requesting that the deadline for Plaintiff to file its response to Defendant's Motion for Summary Judgment [ECF No. 56] currently scheduled for January 3, 2019, to be extended to January 22, 2019 and Defendant's Reply to be extended to January 29, 2019.

…

…

…

1

The reason for the request for the extension of the deadline is due to the holidays and due to Defendant's Counsel having a trial in early January, 2019. The extension is necessary to allow Plaintiff to properly and timely prepare the response to the motion and for the Defendant to properly prepare a reply.

DATED this 3rd day of January, 2019.  DATED this 3rd day of January, 2019.
**TANNER LAW FIRM**  **PERRY & WESTBROOK, P.C.**


 /s/ David A. Tanner   /s/ Alan W. Westbrook 
DAVID A. TANNER, ESQ.  ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 8282  Nevada Bar No. 6167
1320 East Pebble Road, Suite 115  1701 West Charleston Blvd., Suite 200
Las Vegas, Nevada 89123  Las Vegas, NV 89102
*Attorney for Plaintiff,*  *Attorneys for Defendant,*
*Ryan Ousdale*  *Target Corporation*


IT IS SO ORDERED.

Dated: January 4, 2019.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Prepared and Respectfully Submitted by:

**TANNER LAW FIRM**


 /s/ David A. Tanner 
DAVID A. TANNER, Esq.
Nevada Bar No. 8282
1320 East Pebble Road, Suite 115
Las Vegas, NV 89123
Telephone (702) 987-8888
Facsimile (702) 410-8070
david@tannerlawfirm.com
*Attorney for Plaintiff*