# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN OUSDALE, | Case No.: 2:17-cv-02749-APG-NJK |
| Plaintiff | **Order Denying Motions to Seal** |
| v. | [ECF Nos. 65, 69] |
| TARGET CORPORATION, | |
| Defendant | |

Plaintiff Ryan Ousdale previously moved for leave to file certain documents under seal due to the parties' protective order. I denied those motions and ordered that if any party believed that all or a portion of those documents should remain sealed, that party would have to file a motion to seal along with a proposed redacted version of the filing before August 21, 2019. ECF No. 63. I also ordered Ousdale to file the proposed sealed exhibits to his opposition and motion by August 9, 2019. *Id.*

Ousdale filed two new motions to seal, which again were based only on the protective order. ECF Nos. 65, 69. I deny those motions. As no other timely motion to seal was filed, I order the clerk of court to unseal ECF Nos. 60, 62, 67, 68, 71, and 72.

IT IS THEREFORE ORDERED that plaintiff Ryan Ousdale's motions to **seal (ECF Nos. 65, 69) are DENIED.**

IT IS FURTHER ORDERED that the clerk of court shall **unseal ECF Nos. 60, 62, 67, 68, 71, and 72.**

DATED this 26th day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE